**Attachment "C" to Settlement Agreement**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ROSALBA CARELLI,                                           :
                                                           :
                            Plaintiff,   :   05-CV-432 (ARR)(LB)
                                                           :
                -v.-                         :   **STIPULATION OF DISMISSAL WITH**
                                                           :   **PREJUDICE UNDER F.R.Civ.P. 41(A)(1)**
ST. MARY'S HOSPITAL FOR CHILDREN,                          :
                                                           :
                            Defendant.   :
------------------------------------------------------------- x

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action is voluntarily dismissed in all respects, including all claims by Plaintiff, with prejudice and without costs or attorney's fees to either party.

Dated:: January 12, 2006

**ROSALBA CARELLI, PRO SE**        **CLIFTON BUDD & DeMARIA, LLP**

By: _Rosalba Carelli_        By: _[signature]_
Rosalba Carelli        Arthur J. Robb
Plaintiff, pro se        Attorneys for Defendant
189-21 43rd Road        420 Lexington Avenue
Flushing, New York 11358        New York, New York 10170
718-358-3721        212-687-7410

So ordered.        /s/ JSDJ

- 13 -